UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAUN RUSHING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-02027 (UNA) |
| | ) | |
| A.C.L.U., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OPINION**

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that the A.C.L.U. discriminated against him, an offense for which he demands $110 trillion. As drafted, plaintiff's *pro se* complaint fails to comply with the minimal

1

pleading standard set forth in Rule 8(a).  There are far too few facts alleged to state a viable legal claim.  Therefore, the Court will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: June 6, 2022

/s/
DABNEY L. FRIEDRICH
United States District Judge